**\*FOR PUBLICATION\***                                                    **\*ORDER\***

---

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

APPELLATE DIVISION

---

C&C CONSTRUCTION AND MAINTENANCE, )
INC., )
)D.C. Civ. APP. NO. 2002/0093
)Consolidated    2003/0023
Appellant, Cross-Appellee, )Re: Sup.Ct.Civ.No. 849/1994
)
v. )
)
JUAN NALES-MARTINEZ, )
)
Appellee, Cross-Appellant. )
)

On Appeal from the Superior Court of the Virgin Islands
Superior Court Judge: Maria M. Cabret

Considered: December 19, 2008
Filed: July 15, 2011

BEFORE: **RAYMOND L. FINCH**, Judge of the U.S. District Court of the Virgin Islands; **JUAN R. SANCHEZ**, Judge of the U.S. District Court, Eastern District of Pennsylvania, sitting by designation; and **BRENDA J. HOLLAR**, Judge of the Superior Court of the Virgin Islands, sitting by designation.

ATTORNEYS:

**Charles E. Engeman, Esq.**
St. Thomas, U.S.V.I.
   Attorney for Appellant, Cross-Appellee,

**Eszart A. Wynter, Esq.**
St. Croix, U.S.V.I.
   Attorney for Appellee, Cross-Appellant.

*C&C Construction and Maintenance Inc. v. Juan Nales-Martinez*
D.C. Civ. App. No. 2002-0093 & 2003-0023 **ORDER**
Finch, R., delivered the majority opinion
Hollar, J., concurred in part and dissented in part
Page 2

**ORDER**

**AND NOW** for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

**ORDERED** that the Superior Court's summary judgment determination is **AFFIRMED**. It is further

**ORDRED** that the Superior Court's directed verdict determination is **AFFIRMED in PART** and **REMANDED in PART**.

**SO ORDERED** this 15th day of July 2011.

**ATTEST:**

**WILFREDO F. MORALES**
Clerk of the Court
By: [signature]
Deputy Clerk

**Copies (with accompanying Memorandum Opinion) to:**

Charles E. Engeman, Esq.
Eszart A. Wynter, Esq.
Hon. Raymond L. Finch
Hon. Brenda J. Hollar
Hon. Juan R. Sanchez
Hon. Darryl Dean Donohue
Venetia H. Velazquez, Clerk of the Court
Queen Terry, Esq.